Exhibit 1

Int. Cl.: 8

Prior U.S. Cl.: 23

**United States Patent and Trademark Office**

Reg. No. 1,325,473
Registered Mar. 19, 1985

## TRADEMARK
### Principal Register

# LEATHERMAN

Leatherman Tool Group, Inc. (Oregon corporation)
P.O. Box 20595
Portland, Oreg. 97220

For: MULTIPLE FUNCTION FOLDING POCKET TOOL, in CLASS 8 (U.S. Cl. 23).
First use May 5, 1983; in commerce May 5, 1983.

Ser. No. 476,804, filed Apr. 23, 1984.

MICHAEL D. HAMILTON, Examining Attorney

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

**Reg. No. 2,596,689**
Registered July 23, 2002

### TRADEMARK
#### PRINCIPAL REGISTER

## LEATHERMAN

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
POST OFFICE BOX 20595
PORTLAND, OR 97294

FOR: CLOTHING, NAMELY JACKETS, T-SHIRTS, SWEATSHIRTS, SWEAT PANTS, CAPS, POLO SHIRTS, AND BUTTON DOWN SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1995; IN COMMERCE 12-31-1995.

OWNER OF U.S. REG. NO. 1,325,473.

SER. NO. 75-868,555, FILED 12-8-1999.

GIANCARLO CASTRO, EXAMINING ATTORNEY

**Int. Cls.: 8 and 11**

**Prior U.S. Cls.: 13, 21, 23, 28, 31, 34, and 44**

**United States Patent and Trademark Office**

Reg. No. 3,486,021

Registered Aug. 12, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# LEATHERMAN

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
P.O. BOX 20595
PORTLAND, OR 97294

FOR: KNIVES, NAMELY, POCKET KNIVES, FOLDING KNIVES, SPORT KNIVES, HUNTING KNIVES, FIXED BLADE KNIVES, CAMPING KNIVES AND SURVIVAL KNIVES; KNIFE SHARPENERS; HAND TOOLS, NAMELY, PRUNERS AND GAME SHEARS; SHEATHS FOR KNIVES AND MULTI-FUNCTION TOOLS; MULTI-FUNCTION HUNTING KNIFE COMPRISED OF TWO OR MORE OF THE FOLLOWING COMPONENTS: KNIFE BLADE, GUT HOOK, BONE SAW AND SHARPENER; MULTI-FUNCTION HUNTING HAND TOOL COMPRISED OF TWO OR MORE OF THE FOLLOWING COMPONENTS: BYPASS SHEARS, WIRE CUTTERS, SAW, KNIFE BLADE, CHOKE TUBE TOOL, SCREWDRIVER, AWL AND BOTTLE OPENER; MULTI-FUNCTION GARDENING HAND TOOL COMPRISED TWO OR MORE OF THE FOLLOWING COMPONENTS: BYPASS PRUNERS, WIRE CUT-

TERS, WEED REMOVER, GRAFTING KNIFE, BARK LIFTER, SAW, SCREWDRIVER, SPRINKLER TOOL, BOTTLE OPENER, AND RULER, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 11-30-2005; IN COMMERCE 11-30-2005.

FOR: FLASHLIGHTS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 10-0-2007; IN COMMERCE 10-0-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,325,473, 3,177,625, AND OTHERS.

SN 77-247,116, FILED 8-3-2007.

WENDY GOODMAN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# LEATHERMAN FREE

**Reg. No. 6,013,394**

**Registered Mar. 17, 2020**

**Int. Cl.: 8**

**Trademark**

**Principal Register**

Leatherman Tool Group, Inc.  (OREGON CORPORATION)
12106 N.e. Ainsworth Circle
Portland, OREGON 97220

CLASS 8: Hand tools being knives; knives, namely, pocket knives, folding knives, sport knives, hunting knives, fixed blade knives, camping knives, and survival knives; fabric and leather sheaths and carrying pouches for knives and multi-function hand tools; multi-function hand tools comprised of knife, screwdrivers, and any combination of nail file, scissors, tweezers, bottle opener, can opener, pliers, wire-cutters, wire stripper, crimper, combo edge knife blade wood saw, awl, pocket clip, lanyard hole, package opener, ruler, file, scraper, punch, and strap cutter

FIRST USE 3-26-2019; IN COMMERCE 3-26-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5776732, 1325473, 3486021

SER. NO. 88-588,857, FILED 08-22-2019



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

## LEATHERMAN FOR REAL LIFE

**Reg. No. 5,392,308**

**Registered Jan. 30, 2018**

**Int. Cl.: 8**

**Trademark**

**Principal Register**

Leatherman Tool Group, Inc. (OREGON CORPORATION)
12106 N.e. Ainsworth Circle
Portland, OREGON 97220

CLASS 8: Multi-function hand tools comprised of scissors, knife, screwdrivers and any combination of: nail file, tweezers, bottle opener, can opener, cork puller, pliers, wire-cutters, wire stripper, crimper, combo edge knife blade with a liner lock, wood saw, bit driver, bit driver bits, awl, fire starter, whistle, hammer, carabiner, pocket clip, lanyard hole, removable ceramic sharpening stick, package opener, ruler, file, scraper, punch, strap cutter, and fabric and leather sheaths and carrying pouches for knives and multi-function hand tools; Knives, namely, pocket knives, folding knives, sport knives, hunting knives, fixed blade knives, camping knives and survival knives; Knife sharpeners; Hand tools, namely, pruners; Sheaths for knives and multi-function hand tools; Multi-function hunting hand tool comprised of any combination of the following: knife blade, gut hook, bone saw and sharpener; Multi-function hunting hand tool comprised of any combination of the following components: bypass shears, wire cutters, saw, knife blade, choke tube tool, screwdriver, awl, and a bottle opener; Hand tools, namely, tools for cutting seat belt, wrenches, tools for breaking and cutting glass, and hex drive holes; Multi-function hand tool for use by medical personnel comprised of shears, and any combination of: file, ring cutter, oxygen wrench, strap cutter, glass breaker, ruler, and lanyard for use in emergency first responder rescue activities, excluding tools and devices used in surgical procedures; Manually operated hand-held tool for use in connection with making adjustments to weapons and comprised of wrenches, bit driver and screwdriver bits and any combination of: gut hook, punch, lanyard, carabiner; Manually operated hand-held tool for use in connection with making adjustments to archery equipment and comprised of wrench, bit driver and screwdriver bits and any combination of: diamond file, gut hook, lanyard, carabiner

FIRST USE 5-00-2017; IN COMMERCE 5-00-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-818,734, FILED 11-12-2015



Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years  after  the  registration  date.   See  15  U.S.C.  §§1058,  1141k.   If  the  declaration  is  accepted,  the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.


**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*


**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do  not  file  renewal  applications  at  the  USPTO.   Instead,  the  holder  must  file  a  renewal  of  the  underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.



# United States of America

## United States Patent and Trademark Office

# RAPTOR

**Reg. No. 4,437,372**

**Registered Nov. 19, 2013**

**Int. Cl.: 10**

**TRADEMARK**

**PRINCIPAL REGISTER**

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
12106 N.E. AINSWORTH CIRCLE
PORTLAND, OR 97220

FOR: MULTI-FUNCTION HAND TOOL FOR USE BY MEDICAL PERSONNEL COMPRISED OF SHEARS, FILE, RING CUTTER, OXYGEN WRENCH, STRAP CUTTER, GLASS BREAKER, RULER, AND LANYARD FOR USE IN EMERGENCY FIRST RESPONDER RESCUE ACTIVITIES, EXCLUDING TOOLS AND DEVICES USED IN SURGICAL PROCEDURES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 5-31-2013; IN COMMERCE 5-31-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-695,688, FILED 8-6-2012.

SALLY SHIH, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Int. Cl.: 8

Prior U.S. Cls.: 23, 28, and 44

**Reg. No. 2,924,465**

## United States Patent and Trademark Office

Registered Feb. 1, 2005

### TRADEMARK
### PRINCIPAL REGISTER

# BLAST

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
P.O. BOX 20595
PORTLAND, OR 97294

    FOR: MULTIPLE-FUNCTION FOLDING HAND TOOL COMPRISING OF TWO OR MORE OF THE FOLLOWING TOOL ELEMENTS – SCISSORS, PLIERS, KNIFE, SCREWDRIVER, SAW, FILE, CAN OPENER, AWL, TWEEZERS, BOTTLE OPENER AND CORK PULLER, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 2-13-2004; IN COMMERCE 2-13-2004.

    THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

    SN 78-329,415, FILED 11-18-2003.

ZACHARY BELLO, EXAMINING ATTORNEY

**Int. Cl.: 8**

**Prior U.S. Cls.: 23, 28 and 44**

**United States Patent and Trademark Office**

**Reg. No. 3,103,657**

Registered June 13, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# BLADE LAUNCHER

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)

P.O. BOX 20595

PORTLAND, OR 97294

FOR: DEVICE TO ASSIST MANUAL OPENING OF A FOLDING KNIFE BLADE, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 11-30-2005; IN COMMERCE 11-30-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE BLADE, APART FROM THE MARK AS SHOWN.

SER. NO. 78-632,371, FILED 5-18-2005.

JULIA HARDY COFIELD, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# BOND

**Reg. No. 6,449,806**

**Registered Aug. 10, 2021**

**Int. Cl.: 8**

**Trademark**

**Principal Register**

Leatherman Tool Group, Inc. (OREGON CORPORATION)
12106 N.e. Ainsworth Circle
Portland, OREGON 97220

CLASS 8: Folding multipurpose hand tool comprised of multiple blades and one or more of the following hand tools, namely, pliers, wire-cutter, wire stripper, straight screwdriver, file, can opener, and bottle opener

FIRST USE 5-11-2021; IN COMMERCE 5-11-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-845,465, FILED 03-24-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# CAM

**Reg. No. 4,552,576**
**Registered June 17, 2014**

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
12106 N.E. AINSWORTH CIRCLE
PORTLAND, OR 97220

**Int. Cl.: 8**

FOR: MANUALLY OPERATED HAND-HELD TOOL FOR USE IN CONNECTION WITH MAKING ADJUSTMENTS TO ARCHERY EQUIPMENT AND CONSISTING OF A WRENCH, DIAMOND FILE, LANYARD, CARABINER, GUT HOOK, BIT DRIVER AND SCREWDRIVER BITS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

**TRADEMARK**

**PRINCIPAL REGISTER**

FIRST USE 5-31-2013; IN COMMERCE 5-31-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-800,952, FILED 12-12-2012.

STEPHANIE ALI, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States**
**Patent and Trademark Office**

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# CURL

**Reg. No. 6,540,579**

**Registered Oct. 26, 2021**

**Int. Cl.: 8**

**Trademark**

**Principal Register**

Leatherman Tool Group, Inc.  (OREGON CORPORATION)
12106 N.E. Ainsworth Circle
Portland, OREGON 97220

CLASS 8: Folding multipurpose hand tool comprised of multiple blades and one or more of the following hand tools, namely, scissors, pliers, wire-cutter, wire stripper, straight screwdriver, file, can opener, and bottle opener; fabric and leather sheaths for knives; fabric and leather sheaths for folding multipurpose hand tools; and tool pouches for attachment to tool belts

FIRST USE 8-17-2021; IN COMMERCE 8-17-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-845,472, FILED 03-24-2020



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 8**

**Prior U.S. Cls.: 23, 28, and 44**

**Reg. No. 2,856,896**

## United States Patent and Trademark Office

Registered June 22, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## CHARGE

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
P.O. BOX 20595
PORTLAND, OR 97220

FOR: MULTIPLE-FUNCTION FOLDING HAND TOOL INCLUDING TWO OR MORE OF THE FOLLOWING TOOL ELEMENTS– SCISSORS, PLIERS, KNIFE, SCREWDRIVER, SAW, FILE, CAN OPENER, AWL, TWEEZERS, BOTTLE OPENER AND CORK PULLER, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 2-15-2004; IN COMMERCE 2-15-2004.

SN 78-186,757, FILED 11-19-2002.

APRIL L. RADEMACHER, EXAMINING ATTORNEY

**Int. Cl.: 8**

**Prior U.S. Cls.: 23, 28, and 44**

**Reg. No. 2,371,715**

## United States Patent and Trademark Office

**Registered July 25, 2000**

## TRADEMARK
### PRINCIPAL REGISTER

## CRUNCH

LEATHERMAN TOOL GROUP, INC. (OREGON COR-
  PORATION)
POST OFFICE BOX 20595
PORTLAND, OR 97220

  FOR: MULTIPLE-FUNCTION HAND TOOL IN-
CLUDING TWO OR MORE OF THE FOLLOWING
TOOL ELEMENTS LOCKING PLIERS, KNIFE

BLADE, SCREWDRIVER AND FILE, IN CLASS 8
(U.S. CLS. 23, 28 AND 44).

  FIRST USE 2–4–1999; IN COMMERCE 2–4–1999.

  SN 75–582,735, FILED 11–4–1998.

CIMMERIAN COLEMAN, EXAMINING ATTORNEY

**Int. Cl.: 8**

**Prior U.S. Cls.: 23, 28, and 44**

**United States Patent and Trademark Office**

**Reg. No. 3,558,892**

Registered Jan. 6, 2009

**TRADEMARK**
**PRINCIPAL REGISTER**

# CRATER

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
12106 N.E. AINSWORTH CIRCLE
PORTLAND, OR 97220

FOR: KNIVES, NAMELY, FOLDING KNIVES AND MULTI-FUNCTION KNIVES INCLUDING ONE OR MORE OF THE FOLLOWING TOOLS, FLAT SCREWDRIVER, PHILIPS SCREWDRIVER, CAN OPENER, BOTTLE OPENER, BIT DRIVER, INTERCHANGEABLE SCREWDRIVER BITS, AND CARABINER, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 10-31-2008; IN COMMERCE 10-31-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-434,826, FILED 3-28-2008.

MARK SPARACINO, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# FREE

**Reg. No. 5,776,732**

**Registered Jun. 11, 2019**

**Int. Cl.: 8**

**Trademark**

**Principal Register**

Leatherman Tool Group, Inc.  (OREGON CORPORATION)
Po Box 20595
Portland, OREGON 97294

CLASS 8: Hand tools being knives; knives, namely, pocket knives, folding knives, sport knives, hunting knives, fixed blade knives, camping knives, and survival knives; fabric and leather sheaths and carrying pouches for knives and multi-function hand tools; knife sharpeners; multi-function hand tools comprised of scissors, knife, screwdrivers, and any combination of nail file, tweezers, bottle opener, can opener, cork puller, pliers, wire-cutters, wire stripper, crimper, combo edge knife blade with a liner lock, wood saw, bit driver, bit driver bits, awl, fire starter, whistle, hammer, carabiner, pocket clip, lanyard hole, removable ceramic sharpening stick, package opener, ruler, file, scraper, punch, and strap cutter; hand tools, namely, pruners; multi-function hunting hand tool comprised of any combination of the following knife blade, gut hook, bone saw, and sharpener; multi-function hunting hand tool comprised of any combination of the following components bypass shears, wire cutters, saw, knife blade, choke tube tool, screwdriver, awl, and a bottle opener; hand tools, namely, tools for cutting seat belt, wrenches, tools for breaking and cutting glass, and hex drive holes; multi-function hand tool for use by medical personnel not for medical use comprised of shears and any combination of file, ring cutter, oxygen wrench, strap cutter, glass breaker, ruler, and lanyard for use in emergency first responder rescue activities, excluding tools and devices used in surgical procedures; manually operated hand-held tool for use in connection with making adjustments to weapons and comprised of wrenches, bit driver and screwdriver bits, and any combination of gut hook, punch, lanyard, and carabiner; manually operated hand-held tool for use in connection with making adjustments to archery equipment and comprised of wrench, bit driver and screwdriver bits and any combination of diamond file, gut hook, lanyard, and carabiner

FIRST USE 3-26-2019; IN COMMERCE 3-26-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-808,983, FILED 02-23-2018



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 8**

**Prior U.S. Cls.: 23, 28, and 44**

**United States Patent and Trademark Office**

**Reg. No. 3,680,337**

Registered Sep. 8, 2009

**TRADEMARK**
**PRINCIPAL REGISTER**

# FREESTYLE

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
P.O. BOX 20595
PORTLAND, OR 97294

FOR: MULTI-FUNCTION HAND TOOL COMPRISED OF TWO OR MORE OF THE FOLLOWING TOOL ELEMENTS – PLIERS, KNIFE, BIT DRIVER WITH BITS, AND CARABINER, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 5-1-2009; IN COMMERCE 5-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-194,333, FILED 5-31-2007.

WENDY GOODMAN, EXAMINING ATTORNEY



# United States of America

## United States Patent and Trademark Office

# MUT

**Reg. No. 3,788,508**

**Registered May 11, 2010**

**Int. Cl.: 8**

**TRADEMARK**

**PRINCIPAL REGISTER**

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
12106 N.E. AINSWORTH CIRCLE
PORTLAND, OR 97220

FOR: HAND TOOLS, NAMELY, MULTI-FUNCTION HAND TOOL INCLUDING TWO OR MORE OF THE FOLLOWING TOOL ELEMENTS--PLIERS, WIRE CUTTER, CRIMPER, CA-RABINER, HAMMER, KNIFE, SAW, FILE, SCRAPER, BIT DRIVER WITH INTERCHANGE-ABLE BITS, PUNCH, SCREWDRIVER, AWL, CAN OPENER, BOTTLE OPENER, SCISSORS, AND LEATHER AND FABRIC SHEATHS THEREFOR, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 1-20-2010; IN COMMERCE 1-20-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-711,142, FILED 4-9-2009.

MARK RADEMACHER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 8

Prior U.S. Cls.: 23, 28, and 44

**United States Patent and Trademark Office**

Reg. No. 2,076,429

Registered July 1, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## MICRA

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
POST OFFICE BOX 20595
PORTLAND, OR 97220

FOR: MULTI-FUNCTION HAND TOOL CONSISTING OF SCISSORS, KNIFE, TWEEZERS, SCREWDRIVERS, NAIL FILE AND BOTTLE OPENER, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 1-14-1996; IN COMMERCE 1-14-1996.

SN 75-036,143, FILED 12-22-1995.

VIVIAN MICZNIK FIRST, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# OHT

**Reg. No. 4,255,186**

**Registered Dec. 4, 2012**

**Int. Cl.: 8**

**TRADEMARK**

**PRINCIPAL REGISTER**

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
12106 N.E. AINSWORTH CIRCLE
PORTLAND, OR 97220

FOR: MULTI-FUNCTION HAND TOOLS COMPRISED OF ANY COMBINATION OF PLIERS, SCREWDRIVER, WIRE CUTTER, KNIFE BLADE, CAN OPENER, SAW, STRAP CUTTER, AND WRENCH, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 9-11-2012; IN COMMERCE 9-11-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-489,488, FILED 12-7-2011.

JILL PRATER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date.   *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date).  The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# PUMP

**Reg. No. 4,552,574**

**Registered June 17, 2014**

**Int. Cl.: 8**

**TRADEMARK**

**PRINCIPAL REGISTER**

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
12106 N.E. AINSWORTH CIRCLE
PORTLAND, OR 97220

FOR: MANUALLY OPERATED HAND-HELD TOOL FOR USE IN CONNECTION WITH MAKING ADJUSTMENTS TO WEAPONS AND CONSISTING OF WRENCHES, GUT HOOK, PUNCH, BIT DRIVER AND SCREWDRIVER BITS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 5-31-2013; IN COMMERCE 5-31-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-800,938, FILED 12-12-2012.

STEPHANIE ALI, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL**
> **TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE**
> **DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or**
> **reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# REV

**Reg. No. 4,749,246**
**Registered June 2, 2015**

**Int. Cl.: 8**

**TRADEMARK**

**PRINCIPAL REGISTER**

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
12106 N.E. AINSWORTH CIRCLE
PORTLAND, OR 97220

FOR: MULTI-FUNCTION HAND TOOLS COMPRISED OF PLIERS, WITH ANY COMBINA-
TION OF WIRE CUTTER, KNIFE, PACKAGE OPENER, RULER, CAN OPENER, BOTTLE
OPENER, FILE, AND SCREWDRIVER , IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 11-28-2014; IN COMMERCE 11-28-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-227,232, FILED 3-20-2014.

ELISSA GARBER KON, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# RAIL

**Reg. No. 4,552,575**

**Registered June 17, 2014**

**Int. Cl.: 8**

**TRADEMARK**

**PRINCIPAL REGISTER**

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
12106 N.E. AINSWORTH CIRCLE
PORTLAND, OR 97220

FOR: MANUALLY OPERATED HAND-HELD TOOL FOR USE IN CONNECTION WITH MAKING ADJUSTMENTS TO WEAPONS AND CONSISTING OF A PUNCH, LANYARD, CARABINER, WRENCHES, BIT DRIVER AND SCREWDRIVER BITS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 5-31-2013; IN COMMERCE 5-31-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-800,948, FILED 12-12-2012.

STEPHANIE ALI, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# United States of America

## United States Patent and Trademark Office

# REBAR

**Reg. No. 4,234,740**
**Registered Oct. 30, 2012**

**Int. Cl.: 8**

**TRADEMARK**

**PRINCIPAL REGISTER**

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
12106 N.E. AINSWORTH CIRCLE
PORTLAND, OR 97220

FOR: FOLDING MULTIPURPOSE HAND TOOL COMPRISED OF MULTIPLE BLADES AND ONE OR MORE OF THE FOLLOWING COMPONENTS: SCISSORS, PLIERS, WIRE CUTTERS, WIRE STRIPERS, SCREW DRIVERS, SAWS, FILES, CAN OPENERS, AND BOTTLE OPENERS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 3-23-2012; IN COMMERCE 3-23-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-290,418, FILED 4-8-2011.

RICHARD WHITE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# United States of America

## United States Patent and Trademark Office

# SIGNAL

**Reg. No. 4,847,119**
**Registered Nov. 3, 2015**

**Int. Cl.: 8**

**TRADEMARK**

**PRINCIPAL REGISTER**

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
12106 N.E. AINSWORTH CIRCLE
PORTLAND, OR 97220

FOR: MULTI-FUNCTION HAND TOOLS COMPRISED OF ANY COMBINATION OF PLIERS, WIRE CUTTERS, COMBO EDGE KNIFE BLADE WITH A LINER LOCK, WOOD SAW, SCREWDRIVER BIT DRIVER, BOTTLE OPENER, CAN OPENER, AWL, FIRE STARTER, WHISTLE, HAMMER, CARABINER, POCKET CLIP, LANYARD HOLE, AND REMOVABLE CERAMIC SHARPENING STICK, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 9-8-2015; IN COMMERCE 9-8-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-337,513, FILED 7-15-2014.

IRA J. GOODSAID, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

>   *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the
>   5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
>   accepted, the registration will continue in force for the remainder of the ten-year period, calculated
>   from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
>   federal court.

>   *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an
>   Application for Renewal between the 9th and 10th years after the registration date.\*
>   *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

>   You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between
>   every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at**  http://www.uspto.gov.

Int. Cl.: 8

Prior U.S. Cls.: 23, 28 and 44

Reg. No. 3,449,268

## United States Patent and Trademark Office

Registered June 17, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# SURGE

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
12106 N.E. AINSWORTH CIRCLE
PORTLAND, OR 97220

FOR: MULTIFUNCTION HAND-OPERATED TOOL COMPRISING TWO OR MORE OF THE FOLLOWING ELEMENTS: PLIERS, WIRE CUTTER, CRIMPER, KNIFE, FILE, SAW, SCISSORS AND BIT DRIVER, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 9-0-2005; IN COMMERCE 9-0-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-323,025, FILED 11-6-2007.

DAVID YONTEF, EXAMINING ATTORNEY



# United States of America
### United States Patent and Trademark Office

# STYLE

**Reg. No. 3,854,637**

**Registered Sep. 28, 2010**

**Int. Cl.: 8**

**TRADEMARK**

**PRINCIPAL REGISTER**

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
12106 N.E. AINSWORTH CIRCLE
PORTLAND, OR 97220

FOR: KNIVES, NAMELY, FOLDING KNIVES AND MULTIFUNCTION KNIVES INCLUDING ONE OR MORE OF THE FOLLOWING TOOLS: SCREWDRIVER, NAIL FILE AND SCISSORS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 5-30-2010; IN COMMERCE 5-30-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-755,792, FILED 6-9-2009.

AMEEN IMAM, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Int. Cl.: 8

Prior U.S. Cls.: 23, 28, and 44

## United States Patent and Trademark Office

Reg. No. 2,644,458

Registered Oct. 29, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## SQUIRT

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
POST OFFICE BOX 20595
PORTLAND, OR 97220

FOR: MULTIPLE-FUNCTION FOLDING HAND TOOL INCLUDING TWO OR MORE OF THE FOL-LOWING TOOL ELEMENTS - SCISSORS, PLIERS, KNIFE, SCREWDRIVER, SAW, FILE, CAN OPENER, AWL, TWEEZERS, BOTTLE OPENER AND CORK PULLER, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 2-2-2002; IN COMMERCE 2-2-2002.

SN 76-328,862, FILED 10-23-2001.

DAWN HAN, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# SIDEKICK

**Reg. No. 4,074,915**

**Registered Dec. 20, 2011**

**Int. Cl.: 8**

**TRADEMARK**

**PRINCIPAL REGISTER**

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
P.O. BOX 20595
PORTLAND, OR 97294

FOR: MULTI-FUNCTION HAND TOOLS COMPRISED OF TWO OR MORE OF THE FOL-LOWING TOOL ELEMENTS -- SCREWDRIVER, PLIERS, WIRE CUTTER, WOOD SAW, PACKAGE OPENER, SERRATED UTILITY BLADE, BOTTLE AND CAN OPENER, FILE, RULER, WIRE STRIPPER, CARABINER, CAP LIFTER, KNIFE BLADE, AND NYLON AND LEATHER SHEATHS THEREFOR, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 9-5-2011; IN COMMERCE 9-5-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-109,817, FILED 8-17-2010.

SOPHIA S. KIM, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> **First Filing Deadline:** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> **Second Filing Deadline:** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**Int. Cl.: 8**

**Prior U.S. Cls.: 23, 28, and 44**

**United States Patent and Trademark Office**

**Reg. No. 3,415,438**

Registered Apr. 22, 2008

### TRADEMARK
### PRINCIPAL REGISTER

# SKELETOOL

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
POST OFFICE BOX 20595
PORTLAND, OR 97294

FOR: MULTI-FUNCTION HAND TOOL COMPRISED OF TWO OR MORE OF THE FOLLOWING TOOL ELEMENTS – PLIERS, KNIFE, BIT DRIVER WITH BITS, AND CARABINER, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 1-0-2008; IN COMMERCE 1-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-201,998, FILED 6-8-2007.

WENDY GOODMAN, EXAMINING ATTORNEY

Int. Cl.: 8

Prior U.S. Cls.: 23, 28 and 44

Reg. No. 2,440,250

## United States Patent and Trademark Office

Registered Apr. 3, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## SUPER TOOL

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
POST OFFICE BOX 2095
PORTLAND, OR 97294

FOR: COMPACT FOLDING TOOL COMPRISING KNIFE, PLIERS, AND MULTIPLE BLADES, AND LEATHER AND FABRIC SHEATHS THEREFOR, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 8-0-1994; IN COMMERCE 8-0-1994.

OWNER OF U.S. REG. NO. 1,937,547.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TOOL", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 75-796,573, FILED 9-10-1999.

HYUN OH, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# TREAD

**Reg. No. 4,937,665**

**Registered Apr. 12, 2016**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
12106 N.E. AINSWORTH CIRCLE
PORTLAND, OR 97220

FOR: JEWELRY, NAMELY, BRACELETS AND WATCHBANDS, ALL OF THE FOREGOING COMPRISED OF USABLE HAND TOOLS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 7-31-2015; IN COMMERCE 7-31-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-444,461, FILED 11-4-2014.

CHRISTINA RIEPEL, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# TREAD TEMPO

**Reg. No. 5,397,791**

**Registered Feb. 06, 2018**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

Leatherman Tool Group, Inc. (OREGON CORPORATION)
12106 Ne Ainsworth Circle
Portland, OREGON 97220

CLASS 14: Horological and chronometric instruments; watches

FIRST USE 7-00-2017; IN COMMERCE 11-00-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-312,322, FILED 01-24-2017



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 8**

**Prior U.S. Cls.: 23, 28 and 44**

**Reg. No. 2,222,490**

## United States Patent and Trademark Office

**Registered Feb. 9, 1999**

### TRADEMARK
#### PRINCIPAL REGISTER

## WAVE

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
POST OFFICE BOX 20595
PORTLAND, OR 97294

FOR: FOLDING MULTIPURPOSE HAND TOOL COMPRISED OF MULTIPLE BLADES AND ONE OR MORE OF THE FOLLOWING HAND TOOLS, SCISSORS, PLIERS, WIRE-CUTTER, WIRE STRIPPER, STRAIGHT SCREWDRIVER, SQUARE HEAD SCREW-DRIVER FOR DRIVING SCREWS WITH RE-CESSED HEADS, SAW, FILE, CAN OPENER, AND BOTTLE OPENER; AND FABRIC AND LEATHER SHEATHS AND CARRYING POUCHES THEREFOR, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 1–27–1998; IN COMMERCE 1–27–1998.

SER. NO. 75–367,727, FILED 10–3–1997.

ANITA ODONOVICH, EXAMINING ATTOR-NEY



# United States of America
## United States Patent and Trademark Office

# WINGMAN

**Reg. No. 4,039,772**
**Registered Oct. 11, 2011**

**Int. Cl.: 8**

**TRADEMARK**

**PRINCIPAL REGISTER**

LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
P.O. BOX 20595
PORTLAND, OR 97294

FOR: MULTIFUNCTION HAND TOOL INCLUDING TWO OR MORE OF THE FOLLOWING ELEMENTS: PLIERS, SCREWDRIVERS, WIRE CUTTER, WIRE STRIPPER, SCISSORS, FILE, AND CAN OPENER, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 8-24-2011; IN COMMERCE 8-24-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-187,639, FILED 11-30-2010.

BRIAN PINO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,783,288**

**Registered Jun. 18, 2019**

**Int. Cl.: 8, 14, 25**

**Trademark**

**Principal Register**

Leatherman Tool Group, Inc.  (OREGON CORPORATION)
12106 N.e. Ainsworth Circle
Portland, OREGON 97220

CLASS 8: Multiple-function folding hand tool comprising two or more of the following elements -- scissors, pliers, knife, screwdriver, saw, file, can opener, awl, tweezers, bottle opener

FIRST USE 1-22-2019; IN COMMERCE 1-22-2019

CLASS 14: Watches and bracelets

FIRST USE 3-4-2019; IN COMMERCE 3-4-2019

CLASS 25: Clothing, namely, jackets, T-shirts, polo shirts and button down shirts

FIRST USE 2-22-2019; IN COMMERCE 00-00-

The mark consists of a vertically slanted rectangle and a horizontally slanted rectangle that form the shape of an L with a slanted square at the corner base of the L shape within a partial circle with a corner of the square interrupting the circle.

SER. NO. 87-947,020, FILED 06-04-2018



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 8

Prior U.S. Cls.: 23, 28, and 44

**United States Patent and Trademark Office**

Reg. No. 3,005,162

Registered Oct. 4, 2005

## TRADEMARK
### PRINCIPAL REGISTER



LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
12106 N.E. AINSWORTH CIRCLE
PORTLAND, OR 97220

FOR: MULTIPLE-FUNCTION FOLDING HAND TOOL INCLUDING TWO OR MORE OF THE FOLLOWING ELEMENTS – SCISSORS, PLIERS, KNIFE, SCREWDRIVER, SAW, FILE, CAN OPENER, AWL, TWEEZERS, BOTTLE OPENER AND CORK PULLER, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 6-0-2004; IN COMMERCE 6-0-2004.

THE MARK CONSISTS OF A STYLIZED DEPICTION OF A MULTI-PURPOSE TOOL PARTIALLY ENCLOSED IN AN OVAL.

SN 78-976,310, FILED 5-27-2004.

MARK SPARACINO, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,238,417**

## United States Patent and Trademark Office

Registered May 1, 2007

## TRADEMARK
### PRINCIPAL REGISTER



LEATHERMAN TOOL GROUP, INC. (OREGON CORPORATION)
12106 N.E. AINSWORTH CIRCLE
PORTLAND, OR 97220

FOR: CLOTHING, NAMELY, JACKETS, T-SHIRTS, SWEATSHIRTS, SWEAT PANTS, CAPS, POLO SHIRTS, AND BUTTON DOWN SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-1-2004; IN COMMERCE 4-1-2004.

OWNER OF U.S. REG. NO. 3,005,162.

THE MARK CONSISTS OF A STYLIZED DEPICTION OF A MULTI-PURPOSE TOOL PARTIALLY ENCLOSED IN AN OVAL.

SN 78-977,331, FILED 5-27-2004.

KENNETH E. SHARPERSON, EXAMINING ATTORNEY